IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIAN ESCALANTE, | ) | No. CV-F-06-280 REC |
| | ) | (Nos. CR-F-97-5266 REC and |
| | ) | CR-F-04-5174 REC) |
| | ) | |
| Petitioner, | ) | ORDER DIRECTING FEDERAL |
| | ) | DEFENDER TO APPOINT COUNSEL |
| vs. | ) | TO REPRESENT PETITIONER FOR |
| | ) | EVIDENTIARY HEARING AND |
| | ) | DIRECTING CLERK OF COURT TO |
| UNITED STATES OF AMERICA, | ) | TRANSFER ACTION PURSUANT TO |
| | ) | RANDOM SELECTION TO ANOTHER |
| | ) | DISTRICT COURT JUDGE |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

By Order filed on April 26, 2006, the court denied
petitioner Adrian Escalante's claims made pursuant to a motion to
vacate, set aside or correct sentence pursuant to 28 U.S.C. §
2255 with the exception of petitioner's claim in No. CR-F-04-5174
REC that petitioner was denied the effective assistance of
counsel when attorney Thomas Richardson allegedly failed to file
a notice of appeal after petitioner requested that he do so.
Pursuant to United States v. Sandoval, 409 F.3d 1193, 1198-1199

1

1  (9th Cir. 2003), the court gave the United States the option of

2  demanding an evidentiary hearing to determine the truth of

3  petitioner's claim or conceding the truth of petitioner's claim

4  and allowing the vacation and reentry of judgment so that

5  petitioner could file the notice of appeal.

6      On May 11, 2006, the United States filed a request for an

7  evidentiary hearing on petitioner's claim that Mr. Richardson

8  failed to file the notice of appeal at petitioner's request.

9      Because of this request for an evidentiary hearing, the

10 court directs the Federal Defender to appoint counsel to

11 represent petitioner in connection with this claim

12     The court also directs the Clerk of the Court to transfer

13 these actions to another district court judge pursuant to random

14 selection for all further proceedings, including the evidentiary

15 hearing.  Once the parties are notified of the judge to whom the

16 cases are reassigned, the parties shall arrange for a further

17 status conference before that judge for the purpose of scheduling

18 the evidentiary hearing.  All further pleadings in this action

19 shall set forth the appropriate initials of the judge to whom the

20 cases are reassigned.

21 IT IS SO ORDERED.

22 **Dated:  May 12, 2006**          **/s/ Robert E. Coyle**

23 668554                           UNITED STATES DISTRICT JUDGE

24

25

26

                                    2