CAROLYN D. PHILLIPS
State Bar No. 103045
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
tel: 559.248.9833 fax: 559.248.9820

Attorneys for Petitioner Adrian Escalante

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN ESCALANTE,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No. CR F 97-5266 OWW<br>CV F-06-280 OWW<br><br>PETITIONER'S VOLUNTARY DISMISSAL OF HABEAS PETITION WITHOUT PREJUDICE |

    Petitioner ADRIAN ESCALANTE, hereby VOLUNTARILY dismisses his petition for habeas corpus, United States District Court Case No. CV F-06-280, without prejudice.

Dated:   October 18, 2006                    /s/ Adrian Escalante
                                                           Adrian Escalante
                                                           Petitioner

I truthfully and accurately translated the voluntary dismissal into the Spanish language.

Dated: October 18, 2006            /s/ Jackie Flores
                                   JACKIE FLORES


Dated:  October 18, 2006           /s/ Carolyn D. Phillips
                                   CAROLYN D. PHILLIPS
                                   Attorney for Petitioner
                                   Adrian Escalante


IT IS SO ORDERED.

Dated:    10/18/06                 /s/ Oliver W. Wanger
                                   OLIVER W. WANGER
                                   JUDGE OF THE U.S. DISTRICT COURT

Petitioner's Voluntary Dismissal of Habeas Corpus Petition; *Escalante v. United States,* Case No. CIV F-06-280 OWW

2

PDF created with pdfFactory trial version www.pdffactory.com